UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:  6:18-cv-01343-RBD-KRS

BRYAN E. GLYNN,

       Plaintiff,

v.

JIMMY'S CIGAR LOUNGE, "LLC" AND
IMMERSE MARKETING, LLC,

       Defendants.

## CERTIFICATE OF INTERESTED PERSONS
## AND
## CORPORATE DISCLOSURE STATEMENT

Plaintiff BRYAN E. GLYNN ("GLYNN"), by and through his undersigned counsel,

hereby discloses the following pursuant to Fed. R. Civ. P. 7.1:

1.      The name of each person, attorney, association of persons, firm, law firm,

partnership and corporation that has or may have an interest in the outcome of this action –

including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies

that own 10% or more of a party's stock, and all other identifiable legal entities related to any

party in the case:

| | |
|---|---|
| **BRYAN E. GLYNN** | **Plaintiff** |
| **JIMMY'S CIGAR LOUNGE, "LLC"** | **Defendant** |
| **IMMERSE MARKETING, LLC** | **Defendant** |
| **JOEL B. ROTHMAN** | **Plaintiff's Counsel** |
| **ALEXANDER C. COHEN** | **Plaintiff's Counsel** |
| **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC** | **Plaintiff's Counsel** |

**GLYNN states that he is an individual and not a corporation.**

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY, BOCA RATON, FL  33431

**GLYNN further states that there are no other persons, associations or persons, firms, partnerships, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case other than the parties to this action and their respective counsel.**

2.      The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

   **None.**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

   **None.**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

   **Bryan E. Glynn.**

I hereby certify that, except as disclosed above, I am unaware of any action or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  September 19, 2018                        Respectfully submitted,

                                         */s/Joel B. Rothman*
                                         JOEL B. ROTHMAN
                                         Florida Bar No. 98220
                                         joel.rothman@sriplaw.com
                                         ALEXANDER C. COHEN
                                         Florida Bar No.:  1002715
                                         alex.cohen@sriplaw.com

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY, BOCA RATON, FL  33431

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**
4651 N. Federal Hwy
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Bryan E. Glynn*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on September 19, 2018, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF Program to all parties listed below on the Service List.

/s/Joel B. Rothman
JOEL B. ROTHMAN

## SERVICE LIST

Mr. Michael J. Colitz, III
GrayRobinson, P.A.
401 East Jackson Street
Suite 2700
Tampa, FL  33602
Michael.colitz@gray-robinson.com

*Attorneys for Defendant Immerse Marketing, LLC*