UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:18-CV-01343-RBD-KRS

BRYAN E. GLYNN,

    Plaintiff,

v.

JIMMY'S CIGAR LOUNGE, "LLC" AND
IMMERSE MARKETING, LLC,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT IMMERSE MARKETING, LLC, ONLY, WITHOUT PREJUDICE**

Plaintiff BRYAN E. GLYNN, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit against Defendant Immerse Marketing, LLC, only, without prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated:  September 28, 2018

    */s/ Alexander C. Cohen*
    JOEL B. ROTHMAN
    Florida Bar No. 98220
    joel.rothman@sriplaw.com
    ALEXANDER C. COHEN
    Florida Bar No. 1002715
    alex.cohen@sriplaw.com
    **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
    4651 North Federal Highway
    Boca Raton, FL  33431
    561.404.4350 – Telephone
    561.404.4353 – Facsimile

    *Attorneys for Plaintiff Bryan E. Glynn*