UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRYAN E. GLYNN,

    Plaintiff,

v.      Case No: 6:18-cv-1343-Orl-37KRS

JIMMY'S CIGAR LOUNGE, LLC; and
IMMERSE MARKETING, LLC,

    Defendants.

### ORDER DISMISSING PARTY

The Plaintiff has filed a Notice of Voluntary Dismissal as to Defendant Immerse Marketing, LLC (Doc. 13). No answer having been filed, "[R]ule 41 allows a plaintiff to dismiss all of his claims against a particular defendant." *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk is **DIRECTED** to terminate Immerse Marketing, LLC as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 5, 2018.



ROY B. DALTON JR.
United States District Judge

Copies: Counsel of Record